HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING

Find messages, documents, photos or peo Advanced

FILED
2023 FEB 28 AM 9:49
CLERK
U.S. BANKRUPTCY COURT

Back Archive Move Delete Spam

Inbox 1
Unread
Starred
Drafts 1
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Shopping
Receipts
Travel

Folders Hide
+ New Folder
WoodBridge Ponzi

Sheet1

To ddf@juno.com CC / BCC

To: U. S. Bankruptcy Court Mailed 2/24/2023
824 Market Street
3rd Floor
Wilmington, DE 19801

Case 2350013-JKS
Case 17-125 60

Sir-

We have presented offers to WoodBridge since December 2022.
We are waiting for an answer, and hope there is one soon for mutual benefit.
Per Michael Joyce today, there is a suspension of deadline for our Answer - with agreement of WoodBridge.

Would like to stress that neither Sharon or Don Ferry "have control ... of Distributions".

Note also, that if there is a trial, it has to be by ZOOM or... as neither us can really be there in person-
80 and 82 age and can not be on car for trip.

Thanks, Don Ferry

Show Original Message

Saved

Page 3

(800) 501-6000