# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Woodbridge Group of Companies, LLC
Debtor

Bankruptcy Case No.: 17−12560−BLS

Bankruptcy Chapter: 11

Michael Goldberg

Plaintiff

Adv. Proc. No.: 19−51079−BLS

vs.

Albert D. Klager & Atlantic Insurance & Financial Services Inc.

Defendant(s)

**ENTRY OF DEFAULT**

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: Albert D. Klager & Atlantic Insurance & Financial Services Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Una O'Boyle

Una O'Boyle, Clerk of Court

Date: 9/14/20

By: Sherry J. Stiles, Deputy Clerk

(VAN−431)