**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH A. LOOX,<br><br>Defendant. | Adversary Proceeding<br>Case No. 19-50978 (JKS)<br><br>**Re: Docket No. 91** |

**CERTIFICATION OF COUNSEL
REGARDING REVISED JUDGMENT**

The undersigned counsel for Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust (the "Plaintiff" or "Trustee") in the above-captioned proceeding, hereby certifies that:

1. On May 21, 2025, the Court held a *Status Conference Regarding Adversary Proceedings* (the "Status Conference"). At the Status Conference, the Court raised a question with respect to the form of judgment submitted (the "Proposed Judgment") prior to the

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616). The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

Status Conference. Plaintiff agreed to remove prejudgment interest from the Proposed Judgment and resubmit to the Court.

2. Attached hereto as **Exhibit A** is the form of proposed order (the "Proposed Order") granting *Plaintiff's Motion for Partial Summary Judgment* [Docket No. 91] previously submitted to the Court.

3. Attached as Exhibit 1 to the Proposed Order is a ***revised*** Proposed Judgment.

4. A redline showing revisions to the Proposed Judgment is attached hereto as **Exhibit B**.

5. The Plaintiff respectfully requests entry of the Proposed Order and Proposed Judgment at the Court's earliest convenience.

Dated: May 28, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Bradford J. Sandler (DE Bar No. 4142)
Jason S. Pomerantz (CA Bar No. 157216)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
jspomerantz@pszjlaw.com
mcaloway@pszjlaw.com

*Counsel to the Plaintiff*